CHAPTER 11 - V *(handwritten)*

| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| _____ District of _____ (State) |
| Case number (If known): _____ Chapter _____ |

United States Courts
Southern District of Texas
FILED

SEP 07 2021

Nathan Ochsner, Clerk of Court

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name** — 2222 STUDEWOOD LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)** — 83-3826737

**4. Debtor's address**

Principal place of business:
14919 WOODTHORPE LN.
Number   Street

HOUSTON, TX 77079
City   State   ZIP Code

HARRIS
County

Mailing address, if different from principal place of business:
Number   Street

P.O. Box

City   State   ZIP Code

Location of principal assets, if different from principal place of business:
Number   Street

City   State   ZIP Code

**5. Debtor's website (URL)** _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor   **2222 Studewood LLC**      Case number (if known) _____
_____Name_____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☑ No

   ☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY

   If more than 2 cases, attach a separate list.

              District _____ When _____ Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☑ No

    ☐ Yes. Debtor _____ Relationship _____

           District _____ When _____
                                                        MM / DD / YYYY

    List all cases. If more than 1, attach a separate list.

           Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                               Number       Street

                               _____

                               _____
                               City                          State ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

Debtor  2222 Studewood LLC            Case number (if known) _____

---

13. **Debtor's estimation of available funds**

    Check one:
    - [x] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    - [x] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on 09/07/2021
    MM / DD / YYYY

    X _____            Jesus Terrazas IV
    Signature of authorized representative of debtor    Printed name

    Title  Manager

---

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

| Debtor | | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**18. Signature of attorney**

✘ _____   Date _____
   Signature of attorney for debtor              MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number        Street

_____                    _____
City                                              State      ZIP Code

_____                    _____
Contact phone                                     Email address

_____                    _____
Bar number                                        State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5